UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re:                                              )
                                                    )
338 S. LAFAYETTE, LLC                               ) Case No. 09-22663 MER
EIN 22-0412203                                      ) Chapter 11
                                                    )
Debtor.                                             )

**MOVANT'S CERTIFICATE OF NON-CONTESTED MATTER WITH RESPECT TO THE MOTION TO DISMISS CHAPTER 11 CASE**

On October 6, 2009, Debtor, 338 S. Lafayette, LLC ("Movant"), filed a Motion to Dismiss Chapter 11 Case pursuant to Local Bankruptcy Rule 202. Movant hereby represents and shows the Court:

1. Service of the Motion to Dismiss Chapter 11 Case was timely made on all interested parties pursuant to L.B.R. 913 as shown on the affidavit of service previously filed with the Motion (Docket No. 58).

2. Service of the Notice Pursuant to Local Rule 202 of the Motion to Dismiss Chapter 11 Case was timely made on all creditors pursuant to L.B.R. (202)(b) or 401(a)(3), whichever applies (or in the manner permitted by an order of the Court, a copy of which is attached) as is shown on the affidavit of service previously filed with the Notice, Docket Number 59 on the docket sheet for this case.

3. No Objections to and/or requests for hearing on the Motion were received by the undersigned.

WHEREFORE, Movant requests that the Court forthwith enter an Order, a form of which is submitted herewith, granting the requested relief.

DATED: October 19, 2009

Respectfully Submitted,

WEINMAN & ASSOCIATES, P.C.


By: \s\ Jeffrey A. Weinman
    Jeffrey A. Weinman, #7605
    William A. Richey, #13438
    730 17th Street, Suite 240
    Denver, CO 80202-3506
    Telephone: (303) 572-1010
    Facsimile: (303) 572-1011
    jweinman@epitrustee.com
    wrichey@weinmanpc.com

---

Court Use Only: The undersigned deputy clerk certifies that on the date inscribed below, a check of the electronic entries on record in this matter confirms that no objections to or requests for hearing on this motion have been entered.


Dated:_____                        _____
                                     Signature of Deputy Clerk